UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                    CASE NO. 3:12-mj-0012 CMK

vs.                                         ORDER TO PAY

   MICHAEL J. ERICKSON

The Defendant, having been found guilty, after entry of a guilty plea thereto, is

ORDERED TO PAY THE FOLLOWING:

(X)  RESTITUTION OF $2,500.00 to the Plumas National Forest, 159 Lawrence Street, Quincy, California 95971, in monthly installments of $100 per month beginning November 1, 2012.

(X)  PROBATION to be unsupervised for a period of three years.  During the term of probation Defendant shall obey all state, federal and local laws.  Probation shall terminate upon payment of the financial obligations set forth herein.

DATED: October 22, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE